UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------

EDWARD DELILLO,

                Plaintiff,

    v.

DELTA AIRLINES, INC., et al.,

                Defendants.

---------------------------------------------------------------------

**ORDER OF DISCONTINUANCE**

CV-04-3078 (NGG)

GARAUFIS, J.

It having been reported to the Court that the above action has been settled, it is ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

                                SO ORDERED.

                                _____
                                NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:    Brooklyn, N.Y.
              May 12, 2005

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 1 6 2005 ★
BROOKLYN OFFICE